IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUMMIT FIRE PROTECTION CO., a Minnesota corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>TED REICH,<br><br>    Defendant. | **8:19CV188**<br><br>**AMENDED ORDER** |

After conferring with counsel, (Filing No. 30, audio file),

IT IS ORDERED:

1) The clerk shall add Total Fire and Security, Inc. as an interested third party in this case, with John P. Passarelli identified as Total Fire's counsel for this action. After this order is filed, the clerk shall re-generate Notices of Electronic filing to assure Mr. Passarelli receives a copy of this order and of the related audio file, (Filing No. 30).

2) Plaintiff's motion for expedited discovery, (Filing No. 16), is resolved as follows:

    a. Counsel for the parties and for third-party Total Fire shall immediately meet and confer to resolve any remaining discovery issues and to select an agreed upon computer forensics examiner and search terms for inspecting Reich's computer storage devices and Total Fire's servers.

    b. All discovery responses shall be served on or before June 24, 2019, and

      i. If any discovery dispute remains between Total Fire and Plaintiff as of June 24, 201**9**, Total Fire shall file its response to Plaintiff's motion to compel, (Filing No. 26), on or before June 27, 2019;

      ii. If any objections to producing discovery, including third party discovery, remain as of June 24, 2019, the parties shall immediately schedule a conference call with the undersigned magistrate judge to obtain rulings on those objections on the record; and

      iii. Absent receiving notice before June 28, 2019 that discovery disputes remain, Plaintiff's motion to compel, (Filing No. 26), will be denied as moot.

3) This matter remains scheduled for a July 15, 2019 hearing on the motion for preliminary injunction.

June 10, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge