IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUMMIT FIRE PROTECTION CO., a Minnesota corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TED REICH,<br><br>Defendant. | **8:19CV188**<br><br><br>**ORDER** |

Interested Party Total Fire and Security, Inc. has moved to intervene. (Filing No. 52). Plaintiff objects to the evidence supporting that motion, but it does not oppose Total Fire's request to intervene.

As requested by Summit, the court has not reviewed the evidence supporting Total Fire's motion to intervene. However, based on my knowledge of the issues as described during prior hearings, I find that Total Fire has an interest in the outcome of this case and its motion to intervene should be granted.

Accordingly,

IT IS ORDERED that the motion to intervene filed by Total Fire and Security, Inc., (Filing No. 52), is granted.

October 18, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge